UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT TUCKER,

    Plaintiff,

vs.                                                     CASE NO. 3:09-cv-346-J-34TEM

UNITED RECOVERY SYSTEMS, LP,

    Defendant.

_____

## O R D E R

This matter is before the Court on Plaintiff's Motion to Substitute Counsel (Doc. #4, Motion), filed May 14, 2009. Plaintiff desires to withdraw Mr. Aaron Radbil from representation and substitute Mr. Jeffrey Spiegel and Mr. Matthew Kiverts as counsel of record. To date, counsel for Defendant has neither made an appearance, nor filed an answer in this matter (Doc. #4 at 2). Therefore, Defendant should not be prejudiced by the granting of the instant motion. Furthermore, the Certificate of Service contained within the motion states that Defendant, Recovery Systems, LP, was served a copy of the instant motion by mail on May 14, 2009. Consequently, any response in opposition would have been due by June 1, 2009. To date, no opposition has been filed. Accordingly the Motion (Doc. #4) is due to be granted; however, neither Mr. Jeffrey Spiegel, nor Mr. Matthew Kiverts have filed a notice of appearance in this action. Thus, Plaintiff's Motion (Doc. #4) shall be taken under advisement, pending receipt of said notices.

Upon due consideration it is hereby **ORDERED**:

1. Plaintiff's Motion to Substitute Counsel (Doc. #4) shall be taken under advisement, pending receipt of notices of appearance by Mr. Jeffrey Spiegel and Mr. Matthew Kiverts.

2. Mr. Jeffrey Spiegel and Mr. Matthew Kiverts shall have until **June 15, 2009 within which to file said notice(s)**.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of June, 2009.

Copies to:
All Counsel of Record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge